Matt Valenti, Esq. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
5252 Balboa Avenue, Suite 700
San Diego, CA 92117
Phone: (619) 540-2189

Attorney for Plaintiff Scott Schutza

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>          Plaintiff,<br><br>  vs.<br><br><br>9534 WG, LLC; MARK EVANS;<br>DIANE EVANS; and DOES 1-10,<br><br><br>          Defendants. | Case No.: 3:25-cv-00988-W-MM<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (a)(1)(A)(i) |

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Scott Schutza voluntarily dismisses this action with prejudice as to all Defendants; each party to bear his/her/its own attorneys' fees and costs. The case has been settled.

Respectfully submitted,

DATED:  September 2, 2025                    VALENTI LAW APC

By:  */s/ Matt Valenti*
                                                 Matt Valenti, Esq.
                                                 Attorney for Plaintiff
                                                 Scott Schutza